**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00465-CR

**VANESSA DENISE THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-52793-N**

## ORDER

The Court **REINSTATES** the appeal.

On September 20, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the October 11, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by Lawrence Mitchell; (3) the court reporter was Kelly Simmons who informed the trial court she would file the reporter's record at the end of the day October 11, 2016; and (4) the trial court recommended an extension until October 14, 2016.

On October 11, 2016 the reporter's record was received by the Court. We **ORDER** the reporter's record in this appeal filed as of the date of this order.

.

                /s/     ADA BROWN
                         JUSTICE